

COMMUNITY LEGAL SERVICES
OF PHILADELPHIA

May 11, 2017

United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106
*Filed Electronically*

    Re:    **Hayes, et al v. Harvey, 16-2692**

Dear Judges Fisher, Hardiman and Greenaway,

    I am writing on behalf of appellant-plaintiffs Theodore Hayes and Aqeela Fogle to let you know that Theodore Hayes has moved out of the unit involved in this case at 538B Pine Street. Effective April 2017, the Philadelphia Housing Authority has removed Mr. Hayes from the lease and processed Aqeela Fogle as head of household. Please see the attached Rent Addendum issued by the Philadelphia Housing Authority.

                                          Respectfully submitted,

                                          */s/ Rachel Garland*
                                          Rachel Garland
                                          *Counsel for Appellant-Plaintiffs*

cc:    Susanna Randazzo, Esq.
        *Counsel for Appellee-Defendant*
        (via electronic filing)



**PHILADELPHIA HOUSING AUTHORITY**
OPENING DOORS TO OPPORTUNITIES

2850 GERMANTOWN AVENUE
PHILADELPHIA, PA 19133
PHA.PHILA.GOV

OFFICE OF LEASED HOUSING

# Addendum to PHA Lease Agreement

Date:   04/03/2017

Aqeela Fogle
538 Pine Street                        Suite B
Philadelphia, PA 19106

Tenant No.    513888

THE LEASE AGREEMENT made and entered into 05/11/2010 by and between:

| | |
|---|---|
| 513888 | Aqeela Fogle |
| 503059 | Philip E. Harvey |

For the HCV unit located at:

538 Pine Street                        Suite B
Philadelphia, PA 19106

Unit bedrooms:    4

| | |
|---|---|
| Is amended as follows based on the following action: | Interim Reexamination |
| The following payment adjustments are effective on: | 03/01/2017 |
| Contract Rent: | $ 2,400.00 |
| Housing Assistance Payment by PHA: | $ 1,537.00 |
| Tenant Rent to Owner: | $ 863.00 |
| Utility Allowance Payment (if applicable): | $ 0.00 |

The next renewal will be effective on 03/01/2019. All other covenants, terms and conditions of the original Housing Assistance Payments Contract and PHA Lease Agreement remain the same.

Unless otherwise noted, the tenant is responsible for their new family rent to owner on _____.
The adjustment to the owner on behalf of the tenant will be made with the next HAP Payment.

The utilities below are paid for by the tenant. PHA provides a Utility Allowance of $249.00 to assist with the family with tenant paid utilities. The utility allowance is based on the lower of the voucher size or unit size.

Voucher Size:    4          Unit Size:    4

Tenants utilities responsibility:

| | | |
|---|---|---|
| **Natural Gas - Cooking** | **Natural Gas - Heating** | **Electric - Other Electric** |
| **Natural Gas - Water Heating** | | |

If you disagree with this rent determination you may request a review with your Leasing Specialist.

Thank you for your participation in the HCV Program.

Service Representative:    F. Cromwell
Representative Phone: